UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GERMAINE R. RUDDICK,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**CASE NO. 5:18cv44-MCR-CJK**

**PAMELA JO BONDI, et al.,**

    **Defendants.**
_____/

# O R D E R

This cause comes on for consideration of the Magistrate Judge's Report and Recommendation dated March 26, 2018. ECF No. 5. Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff filed a Motion to Withdraw or Strike Order and Report and Recommendation, ECF No. 6, which the Court has construed as an objection. After reviewing the objections to the Recommendation, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order. Plaintiff's Motion to Withdraw

or Strike Order Requiring Payment of Filing Fee or Motion to Proceed In Forma Pauperis, ECF No. 4, is DENIED.

2.  This action is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(g).

3.  The Clerk is directed to close the file.

DONE AND ORDERED this 24th day of April 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**